| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.N. LBR 9004-1(b)**<br>Rebecca A. Solarz, Esq.<br>Brian C. Nicholas, Esq.<br>KML Law Group, P.C.<br>216 Haddon Avenue, Suite 406<br>Westmont, NJ 08108<br>Main Number: (609) 250-0700<br>rsolarz@kmllawgroup.com<br>bnicholas@kmllawgroup.com<br>Attorneys for Quicken Loans Inc. | |
| In Re:<br>Shafiqul I. Choudhury<br><br>                    Debtor | Case No: <u>18-29384 RG</u><br><br>Chapter: <u>13</u><br><br>Judge: Rosemary Gambardella |

**NOTICE OF APPEARANCE**

         Please take notice that in accordance with Fed R. Bankr. P. 9010(b) the undersigned enters an appearance in this case on behalf of Quicken Loans Inc..  Request is made that the documents filed in this case and identified below be served on the undersigned at this address:

ADDRESS:

216 Haddon Avenue, Ste. 406
Westmont, NJ 08108

DOCUMENTS:

☒  All notices entered pursuant to Fed. R. Bankr. P. 2002.
☒  All documents and pleadings of any nature.


| | |
|---|---|
| Date:10/15/2018 | **/s/ Rebecca A. Solarz, Esquire**<br>Rebecca A. Solarz, Esquire<br>Brian C. Nicholas, Esquire<br>**KML Law Group, P.C.**<br>216 Haddon Avenue, Ste. 406<br>Westmont, NJ 08108<br>(609) 250-0700 (NJ)<br>(215) 627-1322 (PA)<br>FAX: (609) 385-2214<br>Attorney for Movant/Applicant |

*new 8/1/15*