SCURA, WIGFIELD, HEYER,
STEVENS & CAMMAROTA, LLP
1599 Hamburg Turnpike
Wayne, New Jersey 07470
Tel.: 973-696-8391
David L. Stevens (Attorney ID 03442007)
*Counsel for Debtor*

**FILED**
JEANNE A. NAUGHTON, CLERK
OCT 16 2018
U.S. BANKRUPTCY COURT
NEWARK, N.J.
BY _____ DEPUTY

**UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY**

| In re:<br><br>SHAFIQUL I. CHOUDHURY,<br><br>Debtor. | Chapter 13<br>Case No. 18-29384<br>Honorable Rosemary Gambardella<br>Hearing Date: 10-16-18 |
|---|---|

**ORDER EXTENDING THE AUTOMATIC STAY AS TO ALL
CREDITORS PURSUANT TO 11 U.S.C. § 362(c)(3)(B)**

The relief set forth on the following pages, numbered two (2), is hereby **ORDERED**.

10-16-18        /s/ Gambardella
                U.S.B.J.

Debtor: Shafiqul I. Choudhury
Case No.: 18-29384
Page 2 of 2

Caption of Order: Order Extending the Automatic Stay as to All Creditors Pursuant to 11 U.S.C. § 362(C)(3)(B) or In the Alternative, Reinstating the Automatic Stay as to All Creditors Pursuant to 11 U.S.C. § 105(A)

THIS MATTER having been brought to the Court on the application of the Debtor, Shafiqul I. Choudhury, by and through his counsel, Scura, Wigfield, Heyer, Stevens & Cammarota, LLP, to seek Court an Order extending the Automatic Stay as to all creditors pursuant to 11 U.S.C. § 362(C)(3)(B), and the Court having considered the papers submitted and arguments of counsel and good cause appearing;

**IT IS hereby ORDERED that:**

1. The Automatic Stay is hereby extended as to all of the Debtor's secured and unsecured creditors until further order of this Court.

United States Bankruptcy Court
District of New Jersey

In re:  
Shafiqul I. Choudhury  
      Debtor

Case No. 18-29384-RG  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 1     Date Rcvd: Oct 16, 2018  
Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 18, 2018.  
db         +Shafiqul I. Choudhury,   95-97 Arlington Ave.,   Paterson, NJ 07502-1804

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.   TOTAL: 0

***** BYPASSED RECIPIENTS *****  
NONE.   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 18, 2018          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 16, 2018 at the address(es) listed below:  
      David L. Stevens    on behalf of Debtor Shafiqul I. Choudhury dstevens@scuramealey.com, ecfbkfilings@scuramealey.com;dsklar@scuramealey.com;tscialla@scuramealey.com;mmack@scura.com;jesposito@scuramealey.com  
      Marie-Ann Greenberg   magecf@magtrustee.com  
      U.S. Trustee   USTPRegion03.NE.ECF@usdoj.gov  
      TOTAL: 3