SCURA WIGFIELD HEYER & STEVENS, LLP
1599 HAMBURG TURNPIKE
WAYNE, NJ  07470

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF 12/31/2018
Chapter 13 Case # 18-29384

Re: SHAFIQUL I. CHOUDHURY  
95-97 ARLINGTON AVE.  
PATERSON, NJ  07502

Atty: SCURA WIGFIELD HEYER & STEVENS, LLP  
1599 HAMBURG TURNPIKE  
WAYNE, NJ  07470

**NOTE:  THIS IS A BASE PLAN IN THE AMOUNT OF $12,477.00**

## RECEIPTS AS OF 12/31/2018      (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 10/30/2018 | $254.00 | 25140074883 | 11/27/2018 | $254.00 | 24644308825 |
| 12/31/2018 | $254.00 | 25140062553 | | | |

**Total Receipts: $762.00  -  Amount Refunded to Debtor: $0.00  =  Receipts Applied to Plan: $762.00**

## LIST OF PAYMENTS TO CLAIMS AS OF 12/31/2018      (Please Read Across)

## CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 43.44 | TBD |
| ATTY | ATTORNEY (S) FEES | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0001 | AMERICAN EXPRESS NATIONAL BANK | UNSECURED | 10,669.38 | * | 0.00 | |
| 0002 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 1,700.50 | * | 0.00 | |
| 0003 | BIOPATH DIAGNOSTIC ASSOCIATES | UNSECURED | 0.00 | * | 0.00 | |
| 0005 | KHALEDA CHOUDHURY | UNSECURED | 0.00 | * | 0.00 | |
| 0006 | MD PARTNERS OF EHMC | UNSECURED | 0.00 | * | 0.00 | |
| 0007 | MIDLAND FUNDING LLC | UNSECURED | 3,110.41 | * | 0.00 | |
| 0008 | OASIS MEDICAL & SURGICAL GROUP | UNSECURED | 0.00 | * | 0.00 | |
| 0010 | PAUL MICHAEL MARKETING | UNSECURED | 0.00 | * | 0.00 | |
| 0013 | QUICKEN LOANS INC | MORTGAGE ARRE | 3,001.97 | 100.00% | 0.00 | |
| 0014 | SBA | UNSECURED | 0.00 | * | 0.00 | |
| 0015 | SHIEL MEDICAL LABORATORY | UNSECURED | 0.00 | * | 0.00 | |
| 0017 | US SMALL BUSINESS ADMINISTRATION | UNSECURED | 3,269.94 | * | 0.00 | |
| 0019 | TOWNSHIP OF NORTH BERGEN | UNSECURED | 0.00 | * | 0.00 | |
| 0020 | U.S. DEPARTMENT OF THE TREASURY | UNSECURED | 0.00 | * | 0.00 | |
| 0021 | MIDLAND CREDIT MANAGEMENT, INC. | UNSECURED | 1,714.66 | * | 0.00 | |
| 0022 | CERASTES LLC | UNSECURED | 2,005.46 | * | 0.00 | |
| 0023 | CERASTES LLC | UNSECURED | 1,405.82 | * | 0.00 | |

**Total Paid: $43.44**  
See Summary

**Chapter 13 Case # 18-29384**

# SUMMARY

Summary of all receipts and disbursements from the date the case was filed , to and including: January 18, 2019.

Receipts: $762.00       -       Paid to Claims: $0.00       -       Admin Costs Paid: $43.44       =       Funds on Hand: $718.56

**\*\*NOTE**:  THIS REPORT IS NOT TO BE USED AS A PAYOFF FIGURE.  ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.