SCURA WIGFIELD HEYER & STEVENS, LLP
1599 HAMBURG TURNPIKE
WAYNE, NJ  07470

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF 1/15/2020
#### Chapter 13 Case # 18-29384

| Re: | SHAFIQUL I. CHOUDHURY | Atty: | SCURA WIGFIELD HEYER & STEVENS, LLP |
|---|---|---|---|
| | 95-97 ARLINGTON AVE. | | 1599 HAMBURG TURNPIKE |
| | PATERSON,  NJ  07502 | | WAYNE, NJ  07470 |

**NOTE:  THIS IS A BASE PLAN IN THE AMOUNT OF $12,477.00**

## RECEIPTS AS OF 01/15/2020     (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 10/30/2018 | $254.00 | 25140074883 | 11/27/2018 | $254.00 | 24644308825 |
| 12/31/2018 | $254.00 | 25140062553 | 01/23/2019 | $254.00 | 25140089777 |
| 03/04/2019 | $355.00 | 25140096922 | 03/11/2019 | $355.00 | 5690572000 |
| 04/09/2019 | $355.00 | 5770713000 | 05/13/2019 | $355.00 | 5855318000 |
| 06/10/2019 | $355.00 | 5928941000 | 07/09/2019 | $355.00 | 6002682000 |
| 08/12/2019 | $355.00 | 6087699000 | 09/09/2019 | $355.00 | 6159365000 |
| 10/07/2019 | $355.00 | 6238802000 | 11/08/2019 | $355.00 | 6317280000 |
| 12/10/2019 | $355.00 | 6394262000 | 01/09/2020 | $355.00 | 6467134000 |

**Total Receipts: $5,276.00  -  Amount Refunded to Debtor:  $0.00  =  Receipts Applied to Plan:  $5,276.00**

## LIST OF PAYMENTS TO CLAIMS AS OF 01/15/2020    (Please Read Across)

| Claimant Name | Date | Amount | Check # | Date | Amount | Check # |
|---|---|---|---|---|---|---|
| AMERICAN EXPRESS BANK | | | | | | |
| | 09/16/2019 | $144.60 | 8,001,198 | 10/21/2019 | $156.26 | 8,001,242 |
| | 11/18/2019 | $150.39 | 8,001,283 | 12/16/2019 | $150.38 | 8,001,324 |
| | 01/13/2020 | $150.39 | 8,001,369 | | | |
| CERASTES LLC | | | | | | |
| | 09/16/2019 | $27.18 | 833,295 | 09/16/2019 | $19.05 | 833,295 |
| | 10/21/2019 | $29.37 | 835,311 | 10/21/2019 | $20.59 | 835,311 |
| | 11/18/2019 | $28.27 | 837,400 | 11/18/2019 | $19.82 | 837,400 |
| | 12/16/2019 | $28.27 | 839,341 | 12/16/2019 | $19.81 | 839,341 |
| | 01/13/2020 | $28.27 | 841,211 | 01/13/2020 | $19.82 | 841,211 |
| MIDLAND CREDIT MANAGEMENT, INC. | | | | | | |
| | 09/16/2019 | $23.24 | 833,644 | 10/21/2019 | $25.11 | 835,677 |
| | 11/18/2019 | $24.17 | 837,743 | 12/16/2019 | $24.17 | 839,651 |
| | 01/13/2020 | $24.17 | 841,539 | | | |
| MIDLAND FUNDING LLC | | | | | | |
| | 09/16/2019 | $42.15 | 832,660 | 10/21/2019 | $45.55 | 834,616 |
| | 11/18/2019 | $43.84 | 836,739 | 12/16/2019 | $43.85 | 838,677 |
| | 01/13/2020 | $43.84 | 840,562 | | | |

**Chapter 13 Case # 18-29384**

| Claimant Name | Date | Amount | Check # | Date | Amount | Check # |
|---|---|---|---|---|---|---|
| PRA RECEIVABLES MANAGEMENT LLC | | | | | | |
| | 09/16/2019 | $23.05 | 8,001,195 | 10/21/2019 | $24.90 | 8,001,239 |
| | 11/18/2019 | $23.97 | 8,001,282 | 12/16/2019 | $23.97 | 8,001,325 |
| | 01/13/2020 | $23.97 | 8,001,363 | | | |
| QUICKEN LOANS INC | | | | | | |
| | 02/11/2019 | $958.08 | 820,004 | 04/15/2019 | $669.52 | 824,005 |
| | 05/20/2019 | $334.76 | 826,020 | 06/17/2019 | $340.80 | 827,981 |
| | 07/15/2019 | $340.80 | 829,846 | 08/19/2019 | $340.80 | 831,857 |
| | 09/16/2019 | $17.21 | 833,854 | | | |
| US SMALL BUSINESS ADMINISTRATION | | | | | | |
| | 09/16/2019 | $44.32 | 833,006 | 10/21/2019 | $47.89 | 834,979 |
| | 11/18/2019 | $46.09 | 837,075 | 12/16/2019 | $46.09 | 839,002 |
| | 01/13/2020 | $46.09 | 840,879 | | | |

## CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 254.59 | TBD |
| ATTY | ATTORNEY (S) FEES | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0001 | AMERICAN EXPRESS BANK | UNSECURED | 10,669.38 | * | 752.02 | |
| 0002 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 1,700.50 | * | 119.86 | |
| 0003 | BIOPATH DIAGNOSTIC ASSOCIATES | UNSECURED | 0.00 | * | 0.00 | |
| 0005 | KHALEDA CHOUDHURY | UNSECURED | 0.00 | * | 0.00 | |
| 0006 | MD PARTNERS OF EHMC | UNSECURED | 0.00 | * | 0.00 | |
| 0007 | MIDLAND FUNDING LLC | UNSECURED | 3,110.41 | * | 219.23 | |
| 0008 | OASIS MEDICAL & SURGICAL GROUP | UNSECURED | 0.00 | * | 0.00 | |
| 0010 | PAUL MICHAEL MARKETING | UNSECURED | 0.00 | * | 0.00 | |
| 0013 | QUICKEN LOANS INC | MORTGAGE ARRE | 3,001.97 | 100.00% | 3,001.97 | |
| 0014 | SBA | UNSECURED | 0.00 | * | 0.00 | |
| 0015 | SHIEL MEDICAL LABORATORY | UNSECURED | 0.00 | * | 0.00 | |
| 0017 | US SMALL BUSINESS ADMINISTRATION | UNSECURED | 3,269.94 | * | 230.48 | |
| 0019 | TOWNSHIP OF NORTH BERGEN | UNSECURED | 0.00 | * | 0.00 | |
| 0020 | U.S. DEPARTMENT OF THE TREASURY | UNSECURED | 0.00 | * | 0.00 | |
| 0021 | MIDLAND CREDIT MANAGEMENT, INC. | UNSECURED | 1,714.66 | * | 120.86 | |
| 0022 | CERASTES LLC | UNSECURED | 2,005.46 | * | 141.36 | |
| 0023 | CERASTES LLC | UNSECURED | 1,405.82 | * | 99.09 | |

**Total Paid: $4,939.46**
See Summary

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed, to and including: January 17, 2020.

Receipts: $5,276.00    -    Paid to Claims: $4,684.87    -    Admin Costs Paid: $254.59    =    Funds on Hand: $336.54

**\*\*NOTE**:  THIS REPORT IS NOT TO BE USED AS A PAYOFF FIGURE.  ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.