Form 137 – aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

          Case No.: 18–29384–RG
          Chapter: 13
          Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Shafiqul I. Choudhury
   95–97 Arlington Ave.
   Paterson, NJ 07502

Social Security No.:
   xxx–xx–7363

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

    NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Rosemary Gambardella on:

Date:    9/2/20
Time:    10:00 AM
Location:    Courtroom 3E, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

for the purpose of acting on applications for compensation. Attendance by debtor(s) or creditors is welcome, but not required.

    The following applications for compensation have been filed:

APPLICANT(S)
David L. Stevens, Debtor's Attorney

COMMISSION OR FEES
$4,523.50

EXPENSES
$343.03

If this is a chapter 13 case, the fees and expenses awarded:

    ☑    will not reduce the amount to be paid to general unsecured creditors under the plan.

    ☐    will reduce the amount to be paid to general unsecured creditors under the plan as follows:

Debtor(s) or other parties who wish to object must file an objection not later than 7 days prior to the hearing date. Objections must be filed with the Court and served on the applicant and other interested parties.

    An appearance is not required on an application for compensation unless an objection is filed.

Dated: August 5, 2020
JAN:

                                                Jeanne Naughton
                                                Clerk

Case 18-29384-RG    Doc 33    Filed 08/07/20    Entered 08/08/20 00:25:16    Desc Imaged
Certificate of Notice    Page 2 of 4

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 18-29384-RG
Shafiqul I. Choudhury                                                   Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 2          Date Rcvd: Aug 05, 2020
                              Form ID: 137             Total Noticed: 31

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 07, 2020.
```
db            +Shafiqul I. Choudhury,    95-97 Arlington Ave.,    Paterson, NJ 07502-1804
517865809      American Express National Bank,    c/o Becket and Lee LLP,    PO Box 3001,
                Malvern  PA 19355-0701
517784249     +Amex,   Correspondence,    Po Box 981540,    El Paso, TX 79998-1540
517784250      Best Buy Credit Services,    PO Box 9001007,    Louisville, KY 40290-1007
517784251      Biopath Diagnostic Associates,    520 E. 22nd St.,    Lombard, IL 60148-6110
517784252     +Conserve,   200 CrossKeys Office Park,    Fairport, NY 14450-3510
517784253     +Khaleda Choudhury,    95-97 Arlington Ave.,    Paterson, NJ 07502-1804
517784254     +MD Partners of EHMC,    PO Box 14099,    Belfast, ME 04915-4034
517784256     +Oasis Medical & Surgical Group,    85 Harristown Road, Ste. 103,    Glen Rock, NJ 07452-3323
517784257     +Paul Michael Associates,    159-16 Union Tpke, Ste. 302,    Fresh Meadows, NY 11366-1955
517784258     +Paul Michael Marketing,    15916 Union Tpke Ste 302,    Flushing, NY 11366-1955
517784259     +Phelan, Hallinan & Diamond, LLP,    400 Fellowship Road,    Mount Laurel, NJ 08054-3437
517784261     +Quicken Loans,    662 Woodward Avenue,    Detroit, MI 48226-3433
517784263      Shiel Medical Laboratory,    63 Flushing Ave, Unit 336,    Brooklyn, NY 11205-1083
517784265     +Small Business Administration,    305 N. West Street,    Olney, IL 62450-1043
517784266     +Township of North Bergen,    PO Box 868,    Voorhees, NJ 08043-0868
517784267     +U.S. Department of the Treasury,    1500 Pennsylvania Avenue Nw,    Washington, DC 20220-0002
517882310     +U.S. Small Business Administration,    2 North 20th Street, Suite 320,
                Birmingham, AL 35203-4002
517784268      US Dept. of the Treasury,    DMS Con,    PO Box 979111,    Saint Louis, MO 63197-9000
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg            E-mail/Text: usanj.njbankr@usdoj.gov Aug 06 2020 00:29:40      U.S. Attorney,    970 Broad St.,
                Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Aug 06 2020 00:29:38      United States Trustee,
                Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                Newark, NJ 07102-5235
cr            +E-mail/PDF: gecsedi@recoverycorp.com Aug 06 2020 00:37:05
                Synchrony Bank c/o PRA Receivables Management, LLC,    PO BOX 41021,    Norfolk, VA 23541-1021
517910029     +E-mail/Text: bncmail@w-legal.com Aug 06 2020 00:29:48      Cerastes, LLC,
                C O WEINSTEIN & RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
517784255     +E-mail/Text: bankruptcydpt@mcmcg.com Aug 06 2020 00:29:37      Midland Funding,
                2365 Northside Dr Ste 300,    San Diego, CA 92108-2709
517889177     +E-mail/Text: bankruptcydpt@mcmcg.com Aug 06 2020 00:29:37      Midland Funding LLC,
                PO Box 2011,    Warren, MI 48090-2011
517784260      E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 06 2020 00:48:14
                Portfolio Recovery Associates, LLC,    PO Box 12914,    Norfolk, VA 23541-1223
517909060      E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 06 2020 00:36:38
                Portfolio Recovery Associates, LLC,    c/o Best Buy,    POB 41067,    Norfolk VA 23541
517909755     +E-mail/Text: bankruptcyteam@quickenloans.com Aug 06 2020 00:39:04      Quicken Loans Inc.,
                635 Woodward Avenue,    Detroit, MI 48226-3408
517784262     +E-mail/Text: bankruptcynotices@sba.gov Aug 06 2020 00:28:56      Sba,    1441 L Street Nw,
                Washington, DC 20416-0001
517784264     +E-mail/Text: birminghamtops@sba.gov Aug 06 2020 00:39:08      Small Business Administration,
                801 Tom Martin Drive, Ste. 120,    Birmingham, AL 35211-6424
517785557     +E-mail/PDF: gecsedi@recoverycorp.com Aug 06 2020 00:37:05      Synchrony Bank,
                c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                               TOTAL: 12

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517910030*    +Cerastes, LLC,    C O WEINSTEIN & RILEY, PS,    2001 WESTERN AVENUE, STE 400,
                SEATTLE, WA 98121-3132
                                                                                       TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 07, 2020                                       Signature:  /s/Joseph Speetjens

```
District/off: 0312-2            User: admin                  Page 2 of 2              Date Rcvd: Aug 05, 2020
                                Form ID: 137                 Total Noticed: 31
```

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 4, 2020 at the address(es) listed below:

        David L. Stevens    on behalf of Debtor Shafiqul I. Choudhury dstevens@scura.com, ecfbkfilings@scuramealey.com;lrichard@scura.com;lleon@scura.com;martinezcr93878@notify.bestcase.com

        Denise E. Carlon    on behalf of Creditor   QUICKEN LOANS INC. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

        Marie-Ann Greenberg    magecf@magtrustee.com

        Rebecca Ann Solarz    on behalf of Creditor   QUICKEN LOANS INC. rsolarz@kmllawgroup.com

        U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov

                                                                                                                    TOTAL: 5