| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br>SCURA, WIGFIELD, HEYER, STEVENS & CAMMAROTA, LLP<br>1599 Hamburg Turnpike<br>Wayne, NJ 07470<br>Telephone: (973) 696-8391<br>David L. Stevens, Esq.<br>dstevens@scura.com<br>*Attorneys for Debtor* | Order Filed on December 1, 2020<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| IN RE:<br><br>SHAFIQUL I. CHOUDHURY,<br><br>DEBTOR | Case No.: 18-29384<br><br>Chapter 13<br><br>Judge: Rosemary Gambardella |

## AMENDED ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is **ORDERED**.

**DATED: December 1, 2020**

Honorable Rosemary Gambardella
United States Bankruptcy Judge

Scura, Wigfield, Heyer, Stevens & Cammarota, LLP (the "Applicant") having certified that legal work supplemental to basic chapter 13 services has been rendered, and no objections having been raised or any objections are resolved with entry of this order; it is:

IT IS THEREFORE ORDERED that the Applicant is allowed is a fee of $4,523.50 for services rendered and expenses in the amount of $343.03, of which $2,375.00 has already been received.

IT IS THEREFORE FURTHER ORDERED, the allowance of $2,491.53 shall be paid

☐ through the Chapter 13 plan as an administrative priority.

☒ outside the plan.

The Debtor's monthly plan is modified to require a payment of $_____ per month for ____ months to allow for payment of the above fee.

United States Bankruptcy Court
District of New Jersey

In re:  
Shafiqul I. Choudhury  
    Debtor(s)

Case No. 18-29384-RG  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 2  
Date Rcvd: Dec 01, 2020     Form ID: pdf903     Total Noticed: 1

The following symbols are used throughout this certificate:  
**Symbol   Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 03, 2020:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Shafiqul I. Choudhury, 95-97 Arlington Ave., Paterson, NJ 07502-1804 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 03, 2020     Signature:     /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 1, 2020 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| David L. Stevens | on behalf of Debtor Shafiqul I. Choudhury dstevens@scura.com ecfbkfilings@scuramealey.com;lhague@scura.com;mduran@scura.com;vmajano@scura.com;rshah@scura.com;martinezcr93878@notify.bestcase.com |
| Denise E. Carlon | on behalf of Creditor QUICKEN LOANS INC. dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Rebecca Ann Solarz | on behalf of Creditor QUICKEN LOANS INC. rsolarz@kmllawgroup.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

District/off: 0312-2　　　　　　　　　　　User: admin　　　　　　　　　　　　　　　　Page 2 of 2
Date Rcvd: Dec 01, 2020　　　　　　　　　Form ID: pdf903　　　　　　　　　　　　Total Noticed: 1
TOTAL: 5