SCURA WIGFIELD HEYER & STEVENS, LLP
1599 HAMBURG TURNPIKE
WAYNE, NJ  07470

Re: SHAFIQUL I. CHOUDHURY  
95-97 ARLINGTON AVE.  
PATERSON, NJ  07502

Atty: SCURA WIGFIELD HEYER & STEVENS, LLP  
1599 HAMBURG TURNPIKE  
WAYNE, NJ  07470

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF 1/15/2021
#### Chapter 13 Case # 18-29384

**NOTE: THIS IS A BASE PLAN IN THE AMOUNT OF $12,477.00**

## RECEIPTS AS OF 01/15/2021 (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 10/30/2018 | $254.00 | 25140074883 | 11/27/2018 | $254.00 | 24644308825 |
| 12/31/2018 | $254.00 | 25140062553 | 01/23/2019 | $254.00 | 25140089777 |
| 03/04/2019 | $355.00 | 25140096922 | 03/11/2019 | $355.00 | 5690572000 |
| 04/09/2019 | $355.00 | 5770713000 | 05/13/2019 | $355.00 | 5855318000 |
| 06/10/2019 | $355.00 | 5928941000 | 07/09/2019 | $355.00 | 6002682000 |
| 08/12/2019 | $355.00 | 6087699000 | 09/09/2019 | $355.00 | 6159365000 |
| 10/07/2019 | $355.00 | 6238802000 | 11/08/2019 | $355.00 | 6317280000 |
| 12/10/2019 | $355.00 | 6394262000 | 01/09/2020 | $355.00 | 6467134000 |
| 02/14/2020 | $355.00 | 6559724000 | 03/09/2020 | $355.00 | 6627652000 |
| 04/13/2020 | $355.00 | 6707599000 | 05/11/2020 | $355.00 | 6782861000 |
| 06/04/2020 | $355.00 | 6842639000 | 07/09/2020 | $355.00 | 6928069000 |
| 08/14/2020 | $355.00 | 7011947000 | 09/08/2020 | $355.00 | 7071863000 |
| 10/13/2020 | $355.00 | 7150307000 | 11/09/2020 | $355.00 | 7222578000 |
| 12/07/2020 | $355.00 | 7292581000 | 01/11/2021 | $355.00 | 7372151000 |

**Total Receipts: $9,536.00  -  Amount Refunded to Debtor: $0.00  =  Receipts Applied to Plan: $9,536.00**

## LIST OF PAYMENTS TO CLAIMS AS OF 01/15/2021 (Please Read Across)

| Claimant Name | Date | Amount | Check # | Date | Amount | Check # |
|---|---|---|---|---|---|---|
| AMERICAN EXPRESS BANK | | | | | | |
| | 09/16/2019 | $144.60 | 8,001,198 | 10/21/2019 | $156.26 | 8,001,242 |
| | 11/18/2019 | $150.39 | 8,001,283 | 12/16/2019 | $150.38 | 8,001,324 |
| | 01/13/2020 | $150.39 | 8,001,369 | 02/10/2020 | $150.40 | 8,001,408 |
| | 03/16/2020 | $150.39 | 8,001,450 | 04/20/2020 | $150.37 | 8,001,486 |
| | 05/18/2020 | $142.78 | 8,001,530 | 06/15/2020 | $142.78 | 8,001,598 |
| | 07/20/2020 | $146.74 | 8,001,655 | 12/21/2020 | $733.70 | 8,001,954 |
| | 01/11/2021 | $146.75 | 8,002,017 | | | |

**Chapter 13 Case # 18-29384**

| Claimant Name | Date | Amount | Check # | | Date | Amount | Check # |
|---|---|---|---|---|---|---|---|
| CERASTES LLC | | | | | | | |
| | 09/16/2019 | $27.18 | 833,295 | | 09/16/2019 | $19.05 | 833,295 |
| | 10/21/2019 | $29.37 | 835,311 | | 10/21/2019 | $20.59 | 835,311 |
| | 11/18/2019 | $28.27 | 837,400 | | 11/18/2019 | $19.82 | 837,400 |
| | 12/16/2019 | $28.27 | 839,341 | | 12/16/2019 | $19.81 | 839,341 |
| | 01/13/2020 | $28.27 | 841,211 | | 01/13/2020 | $19.82 | 841,211 |
| | 02/10/2020 | $28.26 | 843,089 | | 02/10/2020 | $19.81 | 843,089 |
| | 03/16/2020 | $28.27 | 844,993 | | 03/16/2020 | $19.82 | 844,993 |
| | 04/20/2020 | $28.26 | 846,944 | | 04/20/2020 | $19.81 | 846,944 |
| | 05/18/2020 | $26.85 | 848,843 | | 05/18/2020 | $18.82 | 848,843 |
| | 06/15/2020 | $26.82 | 850,530 | | 06/15/2020 | $18.81 | 850,530 |
| | 07/20/2020 | $27.59 | 852,323 | | 07/20/2020 | $19.34 | 852,323 |
| | 12/21/2020 | $137.91 | 861,504 | | 12/21/2020 | $96.67 | 861,504 |
| | 01/11/2021 | $27.58 | 863,287 | | 01/11/2021 | $19.33 | 863,287 |
| MIDLAND CREDIT MANAGEMENT, INC. | | | | | | | |
| | 09/16/2019 | $23.24 | 833,644 | | 10/21/2019 | $25.11 | 835,677 |
| | 11/18/2019 | $24.17 | 837,743 | | 12/16/2019 | $24.17 | 839,651 |
| | 01/13/2020 | $24.17 | 841,539 | | 02/10/2020 | $24.16 | 843,424 |
| | 03/16/2020 | $24.17 | 845,345 | | 04/20/2020 | $24.18 | 847,283 |
| | 05/18/2020 | $22.94 | 849,130 | | 06/15/2020 | $22.94 | 850,823 |
| | 07/20/2020 | $23.58 | 852,647 | | 12/21/2020 | $117.92 | 861,825 |
| | 01/11/2021 | $23.57 | 863,577 | | | | |
| MIDLAND FUNDING LLC | | | | | | | |
| | 09/16/2019 | $42.15 | 832,660 | | 10/21/2019 | $45.55 | 834,616 |
| | 11/18/2019 | $43.84 | 836,739 | | 12/16/2019 | $43.85 | 838,677 |
| | 01/13/2020 | $43.84 | 840,562 | | 02/10/2020 | $43.85 | 842,441 |
| | 03/16/2020 | $43.84 | 844,311 | | 04/20/2020 | $43.84 | 846,258 |
| | 05/18/2020 | $41.62 | 848,232 | | 06/15/2020 | $41.63 | 849,921 |
| | 07/20/2020 | $42.78 | 851,666 | | 12/21/2020 | $213.89 | 860,810 |
| | 01/11/2021 | $42.78 | 862,722 | | | | |
| PRA RECEIVABLES MANAGEMENT LLC | | | | | | | |
| | 09/16/2019 | $23.05 | 8,001,195 | | 10/21/2019 | $24.90 | 8,001,239 |
| | 11/18/2019 | $23.97 | 8,001,282 | | 12/16/2019 | $23.97 | 8,001,325 |
| | 01/13/2020 | $23.97 | 8,001,363 | | 02/10/2020 | $23.96 | 8,001,405 |
| | 03/16/2020 | $23.97 | 8,001,443 | | 04/20/2020 | $23.99 | 8,001,482 |
| | 05/18/2020 | $22.74 | 8,001,532 | | 06/15/2020 | $22.76 | 8,001,591 |
| | 07/20/2020 | $23.38 | 8,001,651 | | 12/21/2020 | $116.95 | 8,001,947 |
| | 01/11/2021 | $23.38 | 8,002,011 | | | | |
| QUICKEN LOANS INC | | | | | | | |
| | 02/11/2019 | $958.08 | 820,004 | | 04/15/2019 | $669.52 | 824,005 |
| | 05/20/2019 | $334.76 | 826,020 | | 06/17/2019 | $340.80 | 827,981 |
| | 07/15/2019 | $340.80 | 829,846 | | 08/19/2019 | $340.80 | 831,857 |
| | 09/16/2019 | $17.21 | 833,854 | | | | |
| US SMALL BUSINESS ADMINISTRATION | | | | | | | |
| | 09/16/2019 | $44.32 | 833,006 | | 10/21/2019 | $47.89 | 834,979 |
| | 11/18/2019 | $46.09 | 837,075 | | 12/16/2019 | $46.09 | 839,002 |
| | 01/13/2020 | $46.09 | 840,879 | | 02/10/2020 | $46.10 | 842,761 |
| | 03/16/2020 | $46.09 | 844,623 | | 04/20/2020 | $46.09 | 846,578 |
| | 05/18/2020 | $43.75 | 848,522 | | 06/15/2020 | $43.76 | 850,196 |
| | 07/20/2020 | $44.97 | 851,970 | | 12/21/2020 | $224.86 | 861,105 |
| | 01/11/2021 | $44.98 | 862,959 | | | | |

## CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 575.46 | TBD |
| ATTY | ATTORNEY (S) FEES | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |

**Chapter 13 Case # 18-29384**

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---:|:---:|---:|---|
| 0001 | AMERICAN EXPRESS BANK | UNSECURED | 10,669.38 | * | 2,515.93 | |
| 0002 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 1,700.50 | * | 400.99 | |
| 0003 | BIOPATH DIAGNOSTIC ASSOCIATES | UNSECURED | 0.00 | * | 0.00 | |
| 0005 | KHALEDA CHOUDHURY | UNSECURED | 0.00 | * | 0.00 | |
| 0006 | MD PARTNERS OF EHMC | UNSECURED | 0.00 | * | 0.00 | |
| 0007 | MIDLAND FUNDING LLC | UNSECURED | 3,110.41 | * | 733.46 | |
| 0008 | OASIS MEDICAL & SURGICAL GROUP | UNSECURED | 0.00 | * | 0.00 | |
| 0010 | PAUL MICHAEL MARKETING | UNSECURED | 0.00 | * | 0.00 | |
| 0013 | QUICKEN LOANS INC | MORTGAGE ARRE | 3,001.97 | 100.00% | 3,001.97 | |
| 0014 | SBA | UNSECURED | 0.00 | * | 0.00 | |
| 0015 | SHIEL MEDICAL LABORATORY | UNSECURED | 0.00 | * | 0.00 | |
| 0017 | US SMALL BUSINESS ADMINISTRATION | UNSECURED | 3,269.94 | * | 771.08 | |
| 0019 | TOWNSHIP OF NORTH BERGEN | UNSECURED | 0.00 | * | 0.00 | |
| 0020 | U.S. DEPARTMENT OF THE TREASURY | UNSECURED | 0.00 | * | 0.00 | |
| 0021 | MIDLAND CREDIT MANAGEMENT, INC. | UNSECURED | 1,714.66 | * | 404.32 | |
| 0022 | CERASTES LLC | UNSECURED | 2,005.46 | * | 472.90 | |
| 0023 | CERASTES LLC | UNSECURED | 1,405.82 | * | 331.50 | |

**Total Paid: $9,207.61**
See Summary

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed, to and including: January 15, 2021.

Receipts: $9,536.00    -    Paid to Claims: $8,632.15    -    Admin Costs Paid: $575.46    =    Funds on Hand: $328.39

**\*\*NOTE**:  THIS REPORT IS NOT TO BE USED AS A PAYOFF FIGURE.  ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.