Marie-Ann Greenberg, Trustee
30 TWO BRIDGES ROAD
SUITE 330
FAIRFIELD, NJ  07004-1550

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF NOVEMBER 8, 2021

**Chapter 13 Case # 18-29384**

Re:   SHAFIQUL I. CHOUDHURY                            Atty:   SCURA WIGFIELD HEYER & STEVENS, LLP
      95-97 ARLINGTON AVE.                                     1599 HAMBURG TURNPIKE
      PATERSON, NJ  07502                                      WAYNE, NJ  07470

**PLEASE SEE SUMMARY SECTION FOR ESTIMATED BALANCE TO COMPLETE.**

**NOTE:  THIS IS A BASE PLAN IN THE AMOUNT OF $12,477.00**

## RECEIPTS   (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 10/30/2018 | $254.00 | 25140074883 | 11/27/2018 | $254.00 | 24644308825 |
| 12/31/2018 | $254.00 | 25140062553 | 01/23/2019 | $254.00 | 25140089777 |
| 03/04/2019 | $355.00 | 25140096922 | 03/11/2019 | $355.00 | 5690572000 |
| 04/09/2019 | $355.00 | 5770713000 | 05/13/2019 | $355.00 | 5855318000 |
| 06/10/2019 | $355.00 | 5928941000 | 07/09/2019 | $355.00 | 6002682000 |
| 08/12/2019 | $355.00 | 6087699000 | 09/09/2019 | $355.00 | 6159365000 |
| 10/07/2019 | $355.00 | 6238802000 | 11/08/2019 | $355.00 | 6317280000 |
| 12/10/2019 | $355.00 | 6394262000 | 01/09/2020 | $355.00 | 6467134000 |
| 02/14/2020 | $355.00 | 6559724000 | 03/09/2020 | $355.00 | 6627652000 |
| 04/13/2020 | $355.00 | 6707599000 | 05/11/2020 | $355.00 | 6782861000 |
| 06/04/2020 | $355.00 | 6842639000 | 07/09/2020 | $355.00 | 6928069000 |
| 08/14/2020 | $355.00 | 7011947000 | 09/08/2020 | $355.00 | 7071863000 |
| 10/13/2020 | $355.00 | 7150307000 | 11/09/2020 | $355.00 | 7222578000 |
| 12/07/2020 | $355.00 | 7292581000 | 01/11/2021 | $355.00 | 7372151000 |
| 02/08/2021 | $355.00 | 7442302000 | 03/09/2021 | $355.00 | 7512278000 |
| 04/07/2021 | $355.00 | 7582964000 | 05/03/2021 | $355.00 | 7644715000 |
| 06/07/2021 | $355.00 | 7723538000 | 07/09/2021 | $355.00 | 7799121000 |
| 08/05/2021 | $355.00 | 7860961000 | 09/08/2021 | $355.00 | 7933782000 |
| 10/04/2021 | $101.00 | 7989039000 | | | |

**Total Receipts: $12,477.00  -  Amount Refunded to Debtor: $0.00  =  Receipts Applied to Plan: $12,477.00**

## CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 766.86 | |
| ATTY | ATTORNEY | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0001 | AMERICAN EXPRESS BANK | UNSECURED | 10,669.38 | * | 3,848.48 | |

Chapter 13 Case # 18-29384

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| 0002 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 1,700.50 | * | 613.38 | |
| 0003 | BIOPATH DIAGNOSTIC ASSOCIATES | UNSECURED | 0.00 | * | 0.00 | |
| 0005 | KHALEDA CHOUDHURY | UNSECURED | 0.00 | * | 0.00 | |
| 0006 | MD PARTNERS OF EHMC | UNSECURED | 0.00 | * | 0.00 | |
| 0007 | MIDLAND FUNDING LLC | UNSECURED | 3,110.41 | * | 1,121.94 | |
| 0008 | OASIS MEDICAL & SURGICAL GROUP | UNSECURED | 0.00 | * | 0.00 | |
| 0010 | PAUL MICHAEL MARKETING | UNSECURED | 0.00 | * | 0.00 | |
| 0013 | QUICKEN LOANS INC | MORTGAGE ARRE | 3,001.97 | 100.00% | 3,001.97 | |
| 0014 | SBA | UNSECURED | 0.00 | * | 0.00 | |
| 0015 | SHIEL MEDICAL LABORATORY | UNSECURED | 0.00 | * | 0.00 | |
| 0017 | US SMALL BUSINESS ADMINISTRATION | UNSECURED | 3,269.94 | * | 1,179.47 | |
| 0019 | TOWNSHIP OF NORTH BERGEN | UNSECURED | 0.00 | * | 0.00 | |
| 0020 | U.S. DEPARTMENT OF THE TREASURY | UNSECURED | 0.00 | * | 0.00 | |
| 0021 | MIDLAND CREDIT MANAGEMENT, INC. | UNSECURED | 1,714.66 | * | 618.48 | |
| 0022 | CERASTES LLC | UNSECURED | 2,005.46 | * | 723.38 | |
| 0023 | CERASTES LLC | UNSECURED | 1,405.82 | * | 507.09 | |

Total Paid: $12,381.05
See Summary

## LIST OF PAYMENTS TO CLAIMS   (Please Read Across)

| Claimant Name | Date | Amount | Check # | Date | Amount | Check # |
|---|---|---|---|---|---|---|
| AMERICAN EXPRESS BANK | | | | | | |
| | 09/16/2019 | $144.60 | 8001198 | 10/21/2019 | $156.26 | 8001242 |
| | 11/18/2019 | $150.39 | 8001283 | 12/16/2019 | $150.38 | 8001324 |
| | 01/13/2020 | $150.39 | 8001369 | 02/10/2020 | $150.40 | 8001408 |
| | 03/16/2020 | $150.39 | 8001450 | 04/20/2020 | $150.37 | 8001486 |
| | 05/18/2020 | $142.78 | 8001530 | 06/15/2020 | $142.78 | 8001598 |
| | 07/20/2020 | $146.74 | 8001655 | 12/21/2020 | $733.70 | 8001954 |
| | 01/11/2021 | $146.75 | 8002017 | 02/22/2021 | $146.74 | 8002064 |
| | 03/15/2021 | $146.75 | 8002121 | 04/19/2021 | $146.71 | 8002174 |
| | 05/17/2021 | $146.75 | 8002225 | 06/21/2021 | $149.13 | 8002273 |
| | 07/19/2021 | $149.11 | 8002326 | 08/16/2021 | $149.12 | 8002378 |
| | 09/20/2021 | $149.12 | 8002428 | 10/18/2021 | $149.12 | 8002477 |
| CERASTES LLC | | | | | | |
| | 09/16/2019 | $27.18 | 833295 | 09/16/2019 | $19.05 | 833295 |
| | 10/21/2019 | $20.59 | 835311 | 10/21/2019 | $29.37 | 835311 |
| | 11/18/2019 | $28.27 | 837400 | 11/18/2019 | $19.82 | 837400 |
| | 12/16/2019 | $19.81 | 839341 | 12/16/2019 | $28.27 | 839341 |
| | 01/13/2020 | $28.27 | 841211 | 01/13/2020 | $19.82 | 841211 |
| | 02/10/2020 | $19.81 | 843089 | 02/10/2020 | $28.26 | 843089 |
| | 03/16/2020 | $28.27 | 844993 | 03/16/2020 | $19.82 | 844993 |
| | 04/20/2020 | $19.81 | 846944 | 04/20/2020 | $28.26 | 846944 |
| | 05/18/2020 | $26.85 | 848843 | 05/18/2020 | $18.82 | 848843 |
| | 06/15/2020 | $18.81 | 850530 | 06/15/2020 | $26.82 | 850530 |
| | 07/20/2020 | $27.59 | 852323 | 07/20/2020 | $19.34 | 852323 |
| | 12/21/2020 | $96.67 | 861504 | 12/21/2020 | $137.91 | 861504 |
| | 01/11/2021 | $27.58 | 863287 | 01/11/2021 | $19.33 | 863287 |
| | 02/22/2021 | $19.33 | 864972 | 02/22/2021 | $27.58 | 864972 |
| | 03/15/2021 | $27.58 | 866817 | 03/15/2021 | $19.34 | 866817 |
| | 04/19/2021 | $19.34 | 868505 | 04/19/2021 | $27.60 | 868505 |
| | 05/17/2021 | $27.58 | 870405 | 05/17/2021 | $19.34 | 870405 |
| | 06/21/2021 | $19.64 | 872213 | 06/21/2021 | $28.01 | 872213 |
| | 07/19/2021 | $28.04 | 874011 | 07/19/2021 | $19.65 | 874011 |
| | 08/16/2021 | $19.65 | 875693 | 08/16/2021 | $28.03 | 875693 |
| | 09/20/2021 | $28.03 | 877424 | 09/20/2021 | $19.65 | 877424 |

**Chapter 13 Case # 18-29384**

| Claimant Name | Date | Amount | Check # | | Date | Amount | Check # |
|---|---|---|---|---|---|---|---|
| | 10/18/2021 | $19.65 | 879203 | | 10/18/2021 | $28.03 | 879203 |
| MIDLAND CREDIT MANAGEMENT, INC. | | | | | | | |
| | 09/16/2019 | $23.24 | 833644 | | 10/21/2019 | $25.11 | 835677 |
| | 11/18/2019 | $24.17 | 837743 | | 12/16/2019 | $24.17 | 839651 |
| | 01/13/2020 | $24.17 | 841539 | | 02/10/2020 | $24.16 | 843424 |
| | 03/16/2020 | $24.17 | 845345 | | 04/20/2020 | $24.18 | 847283 |
| | 05/18/2020 | $22.94 | 849130 | | 06/15/2020 | $22.94 | 850823 |
| | 07/20/2020 | $23.58 | 852647 | | 12/21/2020 | $117.92 | 861825 |
| | 01/11/2021 | $23.57 | 863577 | | 02/22/2021 | $23.59 | 865330 |
| | 03/15/2021 | $23.58 | 867118 | | 04/19/2021 | $23.59 | 868857 |
| | 05/17/2021 | $23.58 | 870729 | | 06/21/2021 | $23.96 | 872543 |
| | 07/19/2021 | $23.96 | 874320 | | 08/16/2021 | $23.98 | 876010 |
| | 09/20/2021 | $23.96 | 877767 | | 10/18/2021 | $23.96 | 879510 |
| MIDLAND FUNDING LLC | | | | | | | |
| | 09/16/2019 | $42.15 | 832660 | | 10/21/2019 | $45.55 | 834616 |
| | 11/18/2019 | $43.84 | 836739 | | 12/16/2019 | $43.85 | 838677 |
| | 01/13/2020 | $43.84 | 840562 | | 02/10/2020 | $43.85 | 842441 |
| | 03/16/2020 | $43.84 | 844311 | | 04/20/2020 | $43.84 | 846258 |
| | 05/18/2020 | $41.62 | 848232 | | 06/15/2020 | $41.63 | 849921 |
| | 07/20/2020 | $42.78 | 851666 | | 12/21/2020 | $213.89 | 860810 |
| | 01/11/2021 | $42.78 | 862722 | | 02/22/2021 | $42.78 | 864238 |
| | 03/15/2021 | $42.78 | 866230 | | 04/19/2021 | $42.77 | 867782 |
| | 05/17/2021 | $42.78 | 869746 | | 06/21/2021 | $43.48 | 871504 |
| | 07/19/2021 | $43.47 | 873369 | | 08/16/2021 | $43.48 | 875058 |
| | 09/20/2021 | $43.47 | 876778 | | 10/18/2021 | $43.47 | 878578 |
| PRA RECEIVABLES MANAGEMENT LLC | | | | | | | |
| | 09/16/2019 | $23.05 | 8001195 | | 10/21/2019 | $24.90 | 8001239 |
| | 11/18/2019 | $23.97 | 8001282 | | 12/16/2019 | $23.97 | 8001325 |
| | 01/13/2020 | $23.97 | 8001363 | | 02/10/2020 | $23.96 | 8001405 |
| | 03/16/2020 | $23.97 | 8001443 | | 04/20/2020 | $23.99 | 8001482 |
| | 05/18/2020 | $22.74 | 8001532 | | 06/15/2020 | $22.76 | 8001591 |
| | 07/20/2020 | $23.38 | 8001651 | | 12/21/2020 | $116.95 | 8001947 |
| | 01/11/2021 | $23.38 | 8002011 | | 02/22/2021 | $23.39 | 8002065 |
| | 03/15/2021 | $23.39 | 8002123 | | 04/19/2021 | $23.38 | 8002171 |
| | 05/17/2021 | $23.39 | 8002234 | | 06/21/2021 | $23.77 | 8002277 |
| | 07/19/2021 | $23.77 | 8002330 | | 08/16/2021 | $23.76 | 8002383 |
| | 09/20/2021 | $23.77 | 8002432 | | 10/18/2021 | $23.77 | 8002481 |
| QUICKEN LOANS INC | | | | | | | |
| | 02/11/2019 | $958.08 | 820004 | | 04/15/2019 | $669.52 | 824005 |
| | 05/20/2019 | $334.76 | 826020 | | 06/17/2019 | $340.80 | 827981 |
| | 07/15/2019 | $340.80 | 829846 | | 08/19/2019 | $340.80 | 831857 |
| | 09/16/2019 | $17.21 | 833854 | | | | |
| US SMALL BUSINESS ADMINISTRATION | | | | | | | |
| | 09/16/2019 | $44.32 | 833006 | | 10/21/2019 | $47.89 | 834979 |
| | 11/18/2019 | $46.09 | 837075 | | 12/16/2019 | $46.09 | 839002 |
| | 01/13/2020 | $46.09 | 840879 | | 02/10/2020 | $46.10 | 842761 |
| | 03/16/2020 | $46.09 | 844623 | | 04/20/2020 | $46.09 | 846578 |
| | 05/18/2020 | $43.75 | 848522 | | 06/15/2020 | $43.76 | 850196 |
| | 07/20/2020 | $44.97 | 851970 | | 12/21/2020 | $224.86 | 861105 |
| | 01/11/2021 | $44.98 | 862959 | | 02/22/2021 | $44.97 | 864537 |
| | 03/15/2021 | $44.97 | 866468 | | 04/19/2021 | $44.98 | 868063 |
| | 05/17/2021 | $44.97 | 870004 | | 06/21/2021 | $45.71 | 871771 |
| | 07/19/2021 | $45.70 | 873612 | | 08/16/2021 | $45.69 | 875299 |
| | 09/20/2021 | $45.70 | 877016 | | 10/18/2021 | $45.70 | 878801 |

**Chapter 13 Case # 18-29384**

# SUMMARY

| | | | | | |
|---|---|---|---|---|---|
| Summary of all receipts and disbursements from the date the case was filed, to and including: November 08, 2021. | | | | | |
| Receipts: $12,477.00 | - | Paid to Claims: $11,614.19 | - | Admin Costs Paid: $766.86 | = Funds on Hand: $95.95 |
| Base Plan Amount: $12,477.00 | - | Receipts: $12,477.00 | | = | Total Unpaid Balance: **$0.00 |

**\*\*NOTE**:  THIS IS AN APPROXIMATE BALANCE.  ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY  AFFECT THE AMOUNT TO COMPLETE THE PLAN.