**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Shafiqul I. Choudhury<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–7363<br>EIN   __–_____ |
| Debtor 2<br>(Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   ____<br>EIN   __–_____ |
| United States Bankruptcy Court | District of New Jersey | |
| Case number: | 18–29384–RG | |

# Order of Discharge                                                            12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Shafiqul I. Choudhury

12/15/21                                    **By the court:** Rosemary Gambardella
                                                                                United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**
Examples of debts that are not discharged are:

  ♦ debts that are domestic support obligations;

  ♦ debts for most student loans;

  ♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 18-29384-RG |
| Shafiqul I. Choudhury | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 1 of 3 |
| Date Rcvd: Dec 15, 2021 | Form ID: 3180W | Total Noticed: 29 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 17, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Shafiqul I. Choudhury, 95-97 Arlington Ave., Paterson, NJ 07502-1804 |
| 517784251 | | Biopath Diagnostic Associates, 520 E. 22nd St., Lombard, IL 60148-6110 |
| 517784252 | + | Conserve, 200 CrossKeys Office Park, Fairport, NY 14450-3510 |
| 517784253 | + | Khaleda Choudhury, 95-97 Arlington Ave., Paterson, NJ 07502-1804 |
| 517784254 | + | MD Partners of EHMC, PO Box 14099, Belfast, ME 04915-4034 |
| 517784256 | + | Oasis Medical & Surgical Group, 85 Harristown Road, Ste. 103, Glen Rock, NJ 07452-3323 |
| 517784259 | + | Phelan, Hallinan & Diamond, LLP, 400 Fellowship Road, Mount Laurel, NJ 08054-3437 |
| 517784263 | | Shiel Medical Laboratory, 63 Flushing Ave, Unit 336, Brooklyn, NY 11205-1083 |
| 517784265 | + | Small Business Administration, 305 N. West Street, Olney, IL 62450-1043 |
| 517784266 | + | Township of North Bergen, PO Box 868, Voorhees, NJ 08043-0868 |
| 517784267 | + | U.S. Department of the Treasury, 1500 Pennsylvania Avenue Nw, Washington, DC 20220-0002 |
| 517882310 | + | U.S. Small Business Administration, 2 North 20th Street, Suite 320, Birmingham, AL 35203-4002 |
| 517784268 | | US Dept. of the Treasury, DMS Con, PO Box 979111, Saint Louis, MO 63197-9000 |

TOTAL: 13

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Dec 15 2021 20:25:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Dec 15 2021 20:25:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | EDI: RMSC.COM | Dec 16 2021 01:23:00 | Synchrony Bank c/o PRA Receivables Management, LLC, PO BOX 41021, Norfolk, VA 23541-1021 |
| 517865809 | | EDI: BECKLEE.COM | Dec 16 2021 01:23:00 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 517784249 | + | EDI: AMEREXPR.COM | Dec 16 2021 01:23:00 | Amex, Correspondence, Po Box 981540, El Paso, TX 79998-1540 |
| 517784250 | | EDI: CITICORP.COM | Dec 16 2021 01:23:00 | Best Buy Credit Services, PO Box 9001007, Louisville, KY 40290-1007 |
| 517910029 | + | Email/Text: bncmail@w-legal.com | Dec 15 2021 20:25:00 | Cerastes, LLC, C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 517784255 | + | EDI: MID8.COM | Dec 16 2021 01:23:00 | Midland Funding, 2365 Northside Dr Ste 300, San Diego, CA 92108-2709 |
| 517889177 | + | EDI: MID8.COM | Dec 16 2021 01:23:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 517784260 | | EDI: PRA.COM | | |

| Recip ID | Bypass | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 517909060 | | EDI: PRA.COM | Dec 16 2021 01:23:00 | Portfolio Recovery Associates, LLC, PO Box 12914, Norfolk, VA 23541-1223 |
| | | | Dec 16 2021 01:23:00 | Portfolio Recovery Associates, LLC, c/o Best Buy, POB 41067, Norfolk VA 23541 |
| 517784261 | + | Email/Text: bankruptcyteam@quickenloans.com | Dec 15 2021 20:26:00 | Quicken Loans, 662 Woodward Avenue, Detroit, MI 48226-3433 |
| 517909755 | + | Email/Text: bankruptcyteam@quickenloans.com | Dec 15 2021 20:26:00 | Quicken Loans Inc., 635 Woodward Avenue, Detroit, MI 48226-3408 |
| 517784262 | + | Email/Text: bankruptcynotices@sba.gov | Dec 15 2021 20:25:00 | Sba, 1441 L Street Nw, Washington, DC 20416-0001 |
| 517784264 | + | Email/Text: birminghamtops@sba.gov | Dec 15 2021 20:26:26 | Small Business Administration, 801 Tom Martin Drive, Ste. 120, Birmingham, AL 35211-6424 |
| 517785557 | + | EDI: RMSC.COM | Dec 16 2021 01:23:00 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 16

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 517910030 | *+ | Cerastes, LLC, C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 517784257 | ##+ | Paul Michael Associates, 159-16 Union Tpke, Ste. 302, Fresh Meadows, NY 11366-1955 |
| 517784258 | ##+ | Paul Michael Marketing, 15916 Union Tpke Ste 302, Flushing, NY 11366-1955 |

TOTAL: 0 Undeliverable, 1 Duplicate, 2 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 17, 2021    Signature:    /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 15, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| David L. Stevens | on behalf of Debtor Shafiqul I. Choudhury dstevens@scura.com ecfbkfilings@scuramealey.com;bramirez@scura.com;mduran@scura.com;vmajano@scura.com;rshah@scura.com;stevens.davidl.r93878@notify.bestcase.com;jromero@scura.com;sduarte@scura.com;eflaim@scura.com;jechevarria&#064 |
| Denise E. Carlon | on behalf of Creditor Rocket Mortgage  LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Denise E. Carlon | on behalf of Creditor QUICKEN LOANS INC. dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Marie-Ann Greenberg | |

| District/off: 0312-2 | User: admin | Page 3 of 3 |
| Date Rcvd: Dec 15, 2021 | Form ID: 3180W | Total Noticed: 29 |

| | magecf@magtrustee.com | |
| Marie-Ann Greenberg | | |
| | on behalf of Trustee Marie-Ann Greenberg magecf@magtrustee.com | |
| Rebecca Ann Solarz | | |
| | on behalf of Creditor QUICKEN LOANS INC. rsolarz@kmllawgroup.com | |
| U.S. Trustee | | |
| | USTPRegion03.NE.ECF@usdoj.gov | |

TOTAL: 7